IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MALCOLM R. ROGERS                                                                PLAINTIFF

v.                                    No. 4:11-cv-892-DPM

AMERICAN RED CROSS                                                               DEFENDANT

## ORDER

Rogers has not kept his address current. His mail from the Court has been returned, and therefore he has not filed the amended complaint as ordered. His complaint is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

So Ordered.

*DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

__31 August 2012____