IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MALCOLM R. ROGERS**                                              **PLAINTIFF**

v.                              No. 4:11-cv-892-DPM

**AMERICAN RED CROSS**                                          **DEFENDANT**

## JUDGMENT

Rogers's complaint is dismissed without prejudice.

*/s/ DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

 _31 August 2012___